**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DARREN BOONE** | § | **Docket No. 2:23-cv-04450** |
| | § | |
| | § | |
| **Versus** | § | **Judge: SUSIE MORGAN** |
| | § | |
| | § | |
| **STATE FARM FIRE AND** | § | **Magistrate Judge: JANIS VAN** |
| **CASUALTY COMPANY** | § | **MEERVELD** |

---

## ORDER

Considering the above and foregoing Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, each

side to bear its own costs.

**New Orleans, Louisiana, this 11th day of January, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**